# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:25−cv−00513−ACC−RMN

| | |
|---|---|
| Motorsports of Melbourne, Inc. v. Mt. Hawley Insurance Company | Date Filed: 03/20/2025 |
| Assigned to: Judge Anne C. Conway | Jury Demand: Both |
| Referred to: Magistrate Judge Robert M. Norway | Nature of Suit: 110 Insurance |
| Case in other court: Brevard County, 05−2025−CA−017478 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity−Breach of Contract | |

**Plaintiff**

**Motorsports of Melbourne, Inc.**  
*doing business as*  
Space Coast Harley Davidson

represented by **Corey Bryan Justus**  
The Nation Law Firm  
570 Crown Oak Centre Drive  
Longwood, FL 32750  
407−339−0014  
Fax: 307−339−1118  
Email: cjustus@nationlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mt. Hawley Insurance Company**

represented by **Marcus Mahfood**  
Chartwell Law Offices, LLP  
100 SE 2nd St., Suite 2150  
Miami, FL 33131  
305−372−9044  
Fax: 305−372−5044  
Email: mmahfood@chartwelllaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2025 | 1 | COMPLAINT and NOTICE OF REMOVAL from the 18th Judicial Circuit In and For Brevard County, FL, case number 05−2025−CA−017478 filed in State Court on 02/25/2025. Filing fee $405, receipt number AFLMDC−23152740 filed by Mt. Hawley Insurance Company. (Attachments: # 1 Exhibit Index of Exhibits, # 2 State Court Docket Sheet, # 3 State Court Other Documents, # 4 Exhibit List of Parties and Counsel of Record, # 5 Exhibit Notice of Intent, # 6 Civil Cover Sheet)(Mahfood, Marcus) Modified text on 3/21/2025 (KME). (Entered: 03/20/2025) |
| 03/20/2025 | 2 | NEW CASE ASSIGNED to Judge Anne C. Conway and Magistrate Judge Robert M. Norway. New case number: 6:25−cv−513−ACC−RMN. (RPB) (Entered: 03/20/2025) |
| 03/20/2025 | 3 | NOTICE TO COUNSEL Corey Bryan Justus of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (RPB) (Entered: 03/20/2025) |

| | | |
|---|---|---|
| 03/21/2025 | 4 | **INITIAL CASE ORDER – Notice of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Parties have 14 days from the date of this order to file their disclosure statement (if not already filed) and to notify the court of a related action (not required if there are no related actions). Signed by Judge Anne C. Conway on 3/21/2025. (KLD)** (Entered: 03/21/2025) |
| 03/21/2025 | 5 | NOTICE of Lead Counsel Designation by Marcus Mahfood on behalf of Mt. Hawley Insurance Company. Lead Counsel: Marcus G. Mahfood. (Mahfood, Marcus) (Entered: 03/21/2025) |
| 03/21/2025 | 6 | NOTICE of a related action per Local Rule 1.07(c) by Mt. Hawley Insurance Company. Related case(s): Yes (Mahfood, Marcus) (Entered: 03/21/2025) |
| 03/27/2025 | 7 | MOTION to Change Venue / Transfer Case *and Memorandum of Law in Support* by Mt. Hawley Insurance Company. (Attachments: # 1 Exhibit Policy, # 2 Exhibit Motorsport of Melbourne Order, # 3 Exhibit El Olivo Mexican Order, # 4 Exhibit Touchmark Hotel Order, # 5 Exhibit Fady Fakhoury Order, # 6 Exhibit Executive Eagles Order, # 7 Exhibit Shri Dayavant Order, # 8 Exhibit St. Stephens Knanaya Order, # 9 Exhibit Belly Busters Order, # 10 Exhibit 10110 Group Order, # 11 Exhibit Capital One First Management Order, # 12 Exhibit Ninora Order, # 13 Exhibit Krishiv Order, # 14 Exhibit Smith Order, # 15 Exhibit La Teresita Order, # 16 Exhibit Murray Hill Order, # 17 Exhibit Hossain Order, # 18 Exhibit GO 770 Management Order, # 19 Exhibit Storm Damage Solutions Order, # 20 Exhibit Valdes Order, # 21 Exhibit Recovery Performance Order, # 22 Exhibit 421 NW 12 St. Order, # 23 Exhibit Doral City Order, # 24 Exhibit Pinto Order, # 25 Exhibit New Hope Missionary Baptish Church Order, # 26 Exhibit Oasis Beauty Order, # 27 Exhibit Storm Damage Solutions Order, # 28 Exhibit Summerwind Order, # 29 Exhibit Equity Capital Market Order, # 30 Exhibit Greater St. Stephens Order, # 31 Exhibit Taramore Square Order, # 32 Exhibit 700 Camp Order, # 33 Exhibit Canal@Camp Order, # 34 Exhibit Clearly Condo Order, # 35 Exhibit Littleleaf Properties Order, # 36 Exhibit Goodwill Industries Order, # 37 Exhibit Nidal Order, # 38 Exhibit Brown's Village Plaza Order, # 39 Exhibit Brooks & Brooks Order, # 40 Exhibit SR Hospitality Order, # 41 Exhibit Canal@Camp Order, # 42 Exhibit NAZ LLC Order, # 43 Exhibit Esplanade 2018 Partners Order, # 44 Exhibit KMT Painting Order, # 45 Exhibit Starlight Studios Order, # 46 Exhibit Domingue Order, # 47 Exhibit William B. Coleman Order, # 48 Exhibit Burk Holding Order, # 49 Exhibit UMMID Order, # 50 Exhibit SR Hospitality Order, # 51 Exhibit Simran Order, # 52 Exhibit Lidhar Order, # 53 Exhibit Pamm Family Order, # 54 Exhibit Chapa Blue 2024 Order, # 55 Exhibit Danaby Order, # 56 Exhibit Chapa Blue Order, # 57 Exhibit Panth Narsinh, LLC Order, # 58 Exhibit US Rubber Order, # 59 Exhibit Davilyn Order, # 60 Exhibit La Porte Order, # 61 Exhibit Amusam Order, # 62 Exhibit MB 1607 Order, # 63 Exhibit First Baptist Church Satsuma Order)(Mahfood, Marcus) (Entered: 03/27/2025) |
| 03/27/2025 | 8 | *Defendant's* ANSWER and affirmative defenses to Complaint *subject to Motion to Transfer Venue* by Mt. Hawley Insurance Company.(Mahfood, Marcus) (Entered: 03/27/2025) |
| 04/15/2025 | 9 | **ORDER granting 7 Motion to Change Venue / Transfer Case. The Clerk is DIRECTED to transfer this case to the United States District Court for the Southern District of New York, and thereafter, close the file. Signed by Judge Anne C. Conway on 4/15/2025. (KLD)** (Entered: 04/15/2025) |