UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTORSPORTS OF MELBOURNE, INC.,

                  Plaintiff,

      – *against* –

MT. HAWLEY INSURANCE COMPANY,

                  Defendant.

**ORDER**

25-cv-03288 (ER)

Ramos, D.J.:

      Motorsports of Melbourne, Inc. ("Motorsports") filed this action on February 20, 2025, in Florida state court, and on March 20, 2025, the case was removed to the federal District Court for the Middle District of Florida.  Doc. 1.  On April 21, 2025, the case was transferred to this District.  Doc. 10.  To date, no counsel has entered an appearance on behalf of Motorsports in this District.

      On July 7, 2025, Mt. Hawley filed a letter with the Court, stating that the attorneys representing Motorsports when the case was in Florida state court informed Mt. Hawley's counsel that Motorsports was in the process of securing new counsel for this case.  Doc. 19.

      On July 10, 2025, the Court held an initial case management and scheduling conference; counsel for Mt. Hawley appeared, however counsel for Motorsports did not.

      Counsel for Motorsports is instructed to enter an appearance in this case on or before August 11, 2025.  If counsel does not enter an appearance by that date, this matter will be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

      Counsel for Mt. Hawley is directed to provide a copy of this Order to counsel for Motorsports.

It is SO ORDERED.

Dated: July 10, 2025
        New York, New York

                                        _____
                                        EDGARDO RAMOS, U.S.D.J.

2