UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTORSPORTS OF MELBOURNE, INC.,

                Plaintiff,

– *against* –

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

**ORDER**

25 Civ. 3288 (ER)

RAMOS, D.J.

        Motorsports of Melbourne, Inc. ("Motorsports") filed this breach of contract case on February 25, 2025, in Florida state court, seeking $50,000 in damages for the alleged failure of Mt. Hawley Insurance Company ("Mt. Hawley") to provide coverage, pursuant to an insurance policy, for property damage resulting from a windstorm. *See generally* Doc. 1-3. On March 20, 2025, the case was removed to the federal District Court for the Middle District of Florida. Doc. 1. The case was transferred to this District on April 21, 2025. Doc. 10. No counsel entered an appearance on behalf of Motorsports in this District.

        On July 7, 2025, Mt. Hawley filed a letter with the Court, stating that the attorneys representing Motorsports when the case was in Florida state court informed Mt. Hawley's counsel that Motorsports was in the process of securing new counsel for this case. Doc. 19. The Court held an initial case management conference on July 10, 2025; counsel for Mt. Hawley appeared, however counsel for Motorsports did not.

        On July 10, 2025, the Court ordered counsel for Motorsports to enter an appearance in this case on or before August 11, 2025. Doc. 21. The Court stated that if

counsel did not enter an appearance by that date, this matter would be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  *Id.*  The Court directed counsel for Mt. Hawley to provide a copy of the order to counsel for Motorsports, which it did via email on July 10, 2025.  *Id.*; *see* Doc. 22-1.

To date, no counsel has entered an appearance on behalf of Motorsports in this District, and thus Motorsports has failed to advance its case despite being notified that such failure would result in dismissal.  Therefore, the Court now dismisses Plaintiff's action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:  September 3, 2025
        New York, New York

_____
Edgardo Ramos, U.S.D.J.